1054

[No. 73751-1-I. Division One. July 11, 2016.]

HENRY TANG, *Appellant*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-37017-4, Judith H. Ramseyer, J., entered June 19, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 73760-1-I. Division One. July 11, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. CLARENCE C. YOUNG, JR., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02388-6, Laura C. Inveen, J., entered July 10, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 74841-6-I. Division One. July 11, 2016.]

CENTER FOR ENVIRONMENTAL LAW AND POLICY ET AL., *Appellants*, v. THE DEPARTMENT OF ECOLOGY ET AL., *Respondents*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated October 17, 2016. Substitute opinion filed. Now published at 196 Wn. App. 360.